a judgment entered on a verdict for plaintiff, and from an order denying a motion for a new trial, defendants appeal. Reversed, and complaint dismissed.

PER CURIAM. There is no evidence to sustain any finding that the appellants composing the firm of E. L. Johnston & Co. were negligent, or that the truck owned by them in any way contributed to the accident. The finding, therefore, that the said defendants were negligent, is reversed, the judgment and order as to said defendants are reversed, with costs, and the complaint as to them dismissed, with costs. Order filed.

LAUGHLIN, J., dissents as to dismissal of complaint and votes for new trial.

DE COURCEY v. R. U. DELAPENHA & CO. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Irene De Courcey against R. U. Delapenha & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 435.

Nicholas DEDUNAK, applt., v. NEW YORK CENTRAL & HUDSON RIVER R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 22, 1916.) Judgment and order reversed, with costs, and verdict of jury reinstated, with costs. Held: That this case is within the principle of Harrington v. Erie R. R. Co., 79 App. Div. 26, 79 N. Y. Supp. 930. All concur.

Maurice DEICHES et al., Respts., v. Dennis H. McBRIDE, impld., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Adolph E. S. DE MEYER, Respt., v. Charlotte G. BREITUNG et al., Applt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment and order affirmed, with costs. No opinion. Smith, J., dissenting. Order filed.

William J. DEMPSEY, Respt., v. NORTHEASTERN CONSTRUCTION CO. and ano., Applts. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment (90 Misc. Rep. 142, 154 N. Y. Supp. 291) affirmed, with costs. No opinion. Order filed.

DEMPSY v. O'ROURKE. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Lillian T. Dempsy against Michael F. O'Rourke, as administrator, etc.; Emma R. Comly and others, respondents. No opinion. Judgment affirmed, with costs. Thomas, J., dissents upon the ground that there is no evidence of fraud on the part of the plaintiff. See, also, 156 N. Y. Supp. 925.

Lillian T. DEMPSY, appellant, v. Michael F. O'ROURKE, as administrator, etc., appellant, Emma R. Comly et al., respondents. (Supreme Court, Appellate Division, Second De-

partment. January 7, 1916.) Motion for reargument (156 N. Y. Supp. 1120) denied, with $10 costs.

Yvette DE VON, Respt., v. Andrea A. GUNEO, Applt. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

Michael DIDYK, respondent, v. ASTORIA LIGHT, HEAT & POWER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Carr, Mills, Rich, and Putnam, JJ., concur; Jenks, P. J., not voting.

Isabella R. DOERFLER, appellant, v. Sarah E. POTTBERG, individually, etc., et al., defendants, and Abraham Doerfler, respondent. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted, and second question in the notice of motion certified.

In the matter of the claim of Catalda Di Paola DOLICI et al., for compensation under the Workmen's Compensation Law, v. CHARLES A. MYERS CONTRACTING COMPANY, employer, and Contractors' Mutual Insurance Corporation. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed. Smith, P. J., not being a member of the court at the time of the decision. Cochrane, J., not sitting.

Franklin D'OLIER, et al., applts., v. HAYES KNITTING CO., respt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment affirmed, with costs. All concur.

DONAHUE, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1915.) Action by Margaret Donahue against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

Richard DOUGHTY and ano. v. Sidney F. WESTON as Chairman, etc. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Application granted. Order signed.

DOUGLASS v. YELLOW TAXICAB CO. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by William J. Douglass against the Yellow Taxicab Company. No opinion. Motion granted, on condition that appellant pay the costs and disbursements of the appeal. See, also, 156 N. Y. Supp. 1121.